UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK, <br><br> *Plaintiff*, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, et al., <br><br> *Defendants*. | Civ. A. No. 25-825 (RDM) |

**ERRATA**

Attached is the corrected Exhibit A to Defendant's Reply to Plaintiff's Supplemental Memorandum, ECF No. 25. The previously filed Exhibit A (ECF No. 25-1), the Supplemental Burk Declaration, was not signed.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-2510
Email: Thomas.duffey@usdoj.gov

*Attorneys for the United States*